AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▼

| | |
|---|---|
| NATIONAL ASSOCIATION OF STATE CONTRACTORS' LICENSING AGENCIES<br><br>*Plaintiff(s)*<br><br>v.<br><br>LOUISIANA'S CONTRACTORS LICENSING SERVICE, INC., A LOUISIANA CORPORATION AND RONALD SQUYRES AND GLENDA SQUYRES, HUSBAND AND WIFE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5:25-cv-47-DCB-BWR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Glenda Squyres
12118 Lake Lora Circle
Baton Rouge, Louisiana 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amanda Alexander, Esq.
Alexander Law, P.A.
Post Office Box 1664
Jackson, Mississippi 39215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 5/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi ▾

| | |
|---|---|
| NATIONAL ASSOCIATION OF STATE CONTRACTORS' LICENSING AGENCIES<br><br>_____<br>*Plaintiff(s)*<br>v.<br>LOUISIANA'S CONTRACTORS LICENSING SERVICE, INC., A LOUISIANA CORPORATION AND RONALD SQUYRES AND GLENDA SQUYRES, HUSBAND AND WIFE<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  5:25-cv-47-DCB-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    LOUISIANA'S CONTRACTORS LICENSING SERVICE, INC.
2834 South Sherwood Forest Boulevard, Suite D-2
Baton Rouge, Louisiana 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amanda Alexander, Esq.
Alexander Law, P.A.
Post Office Box 1664
Jackson, Mississippi 39215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:    5/2/2025

_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▢

| | |
|---|---|
| NATIONAL ASSOCIATION OF STATE CONTRACTORS' LICENSING AGENCIES | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| LOUISIANA'S CONTRACTORS LICENSING SERVICE, INC., A LOUISIANA CORPORATION AND RONALD SQUYRES AND GLENDA SQUYRES, HUSBAND AND WIFE | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  5:25-cv-47-DCB-BWR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ronald Squyres
12118 Lake Lora Circle
Baton Rouge, Louisiana 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amanda Alexander, Esq.
Alexander Law, P.A.
Post Office Box 1664
Jackson, Mississippi 39215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  5/2/2025

_____
*Signature of Clerk or Deputy Clerk*